ASK LLP
Kara E. Casteel, Esq.
Joseph L. Steinfeld, Jr., Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665

*Counsel for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RML, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10784 (DSJ) |
| Old Revco GUC Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>Maesa Holdings Inc.,<br><br>Defendant. | Adv. Pro. No. 24-01054 (DSJ) |

## STIPULATION AND ORDER
## FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding to avoid and

---

[1] On May 31, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 68], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

recover preferences be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

| | |
|---|---|
| Dated: August 4, 2025 | Dated: August 4, 2025 |
| ASK LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| */s/ Kara E. Casteel*<br>Kara E. Casteel, Esq., MN SBN 0389115<br>*(admitted pro hac vice)*<br>Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292<br>Brigette G. McGrath, Esq., NY SBN 4962379<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3842<br>Email: kcasteel@askllp.com<br><br>-and-<br><br>Edward E. Neiger, Esq.<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br><br>*Counsel for Plaintiff, Old Revco GUC Liquidating Trust* | */s/ Beth E. Levine*<br>Beth E. Levine, Esq.<br>Andrew W. Caine, Esq.<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7720<br>Email: blevine@pszjlaw.com<br>      acaine@pszjlaw.com<br><br>*Counsel for Defendant, Maesa Holdings Inc.* |

**SO ORDERED.**

Dated: New York, New York
August 12, 2025

          *s/ David S. Jones*
          Honorable David S. Jones
          United States Bankruptcy Judge